IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RONALD CRAIG GRADLE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CIV-05-973-C |
| | ) | |
| STATE OF OKLAHOMA, et al., | ) | |
| | ) | |
| Defendants | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This action combining requests for habeas corpus relief (28 U.S.C. § 2254) and civil rights damages (42 U.S.C. § 1983) brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Gary M. Purcell, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Purcell entered a Report and Recommendation on December 28, 2005, recommending habeas corpus relief be denied and the civil rights claim be dismissed. Plaintiff has timely objected. The Court therefore considers the matter de novo.

The relevant facts and applicable law are fairly and accurately set out Judge Purcell's Report and Recommendation. In objection, Plaintiff does not dispute the facts set out in the Report and Recommendation, but rather attacks the conclusions of law reached thereon. However, Plaintiff provides no relevant case citation or argument, instead merely criticizing the conclusions announced. The Court can find no legitimate basis in Plaintiff's objection

which would counsel or permit any result other than that announced in Judge Purcell's Report and Recommendation.

Accordingly, the Report and Recommendation is adopted, in its entirety, and for the reasons stated therein, the request for habeas corpus relief is DENIED; the action for damages and other relief pursuant to 42 U.S.C. § 1983 is DISMISSED on grounds of immunity and for failure to state a claim for relief. This dismissal as a "strike" under 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 10th day of January, 2006.

_____
ROBIN J. CAUTHRON
United States District Judge